**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY AGULTO ASCURA,       ) | No. CV 07-6390-GW(CW) |
|                          ) | |
|         Petitioner,      ) | ORDER ACCEPTING REPORT |
|                          ) | AND RECOMMENDATION OF |
|     v.                   ) | UNITED STATES |
|                          ) | MAGISTRATE JUDGE |
| LINDA SANDERS (Warden),   ) | |
|                          ) | |
|         Respondent.       ) | |

    Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge and all objections thereto. The court has made a _de novo_ determination with respect to those portions of the Report and Recommendation as to which objection has been made.

    **IT IS ORDERED**: (1) that the Report and Recommendation of the United States Magistrate Judge be accepted; and (2) that judgment be entered dismissing this action for lack of jurisdiction.

1

1 **IT IS FURTHER ORDERED** that the Clerk of the Court serve copies of
2 this Order and the Judgment herein on the parties.

4 DATED: February 3, 2011

```
                              _____
                                        GEORGE H. WU
                              United States District Judge
```