# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY AGULTO ASCURA, | ) | No. CV 07-6390-GW(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| LINDA SANDERS (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed for lack of jurisdiction.

DATED: February 3, 2011

_____
GEORGE H. WU
United States District Judge